UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re Subpoenas in
_____
                                  )
                                  )
UNITED STATES                     )
                                  )
            Plaintiff,            )
      v.                          ) Misc. No. 15-MC-138-RC
                                  )
GARY GATHERS                      )
U.S. Bureau of Prisons            )
Litigation Branch                 )
320 1st St., N.W.                 )
Washington, D.C. 20534            )
(202) 307-3872                    )
                                  )
            Defendant.            )
_____  )


_____
                                  )
                                  )
UNITED STATES                     )
                                  )
            Plaintiff,            )
      v.                          ) Misc. No. 15-MC-138-RC
                                  )
KEITH MITCHELL                    )
U.S. Bureau of Prisons            )
Litigation Branch                 )
320 1st St., N.W.                 )
Washington, D.C. 20534            )
(202) 307-3872                    )
                                  )
            Defendant.            )
_____  )

NOTICE OF VOLUNTARY DISMISSAL

The United States Attorney, through the undersigned attorneys, and on behalf of the Department of Justice, Federal Bureau of Prisons ("BOP" or "the agency") respectfully files this Notice Of Voluntary

Dismissal in conformity with Fed. R. Civ. P. 41(a)(1)(A)(i). On February 3, 2015, BOP removed this subpoena enforcement action to this Court pursuant to 28 U.S.C. §§ 1442(a)(1), 1446. Counsel for Defendants Gary Gathers and Keith Mitchell has now advised government counsel that they are no longer seeking the disputed documents and therefore withdraw their subpoena for them. BOP files this Notice of Voluntary Dismissal in light of the fact that the opposing party has neither served an answer or a motion for summary judgment.

        Respectfully submitted,

        RONALD C. MACHEN JR., DC Bar #447889
        United States Attorney
        for the District of Columbia

        DANIEL F. VAN HORN, DC Bar #924092
        Chief, Civil Division

By:   /s/
    PETER R. MAIER, DC Bar #966242
    Assistant United States Attorney
    555 4th Street, N.W.
    Washington, DC  20530
    (202) 252-2578
    Peter.maier2@usdoj.gov

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Notice of Voluntary Dismissal has been made by mailing copies thereof to:

>Seth Rosenthal
>The Venable Firm
>575 7th Street N.W.
>Washington, D.C. 20004

on this 20th day of February, 2015.

                                _____/s/_____
                                PETER R. MAIER, DC Bar #966242
                                Assistant United States Attorney
                                555 4th Street, N.W.
                                Washington, DC  20530
                                (202) 252-2578
                                Peter.maier2@usdoj.gov